DANIEL B. MARSH *et al.*, Appellants, *v.* PHILOMELA R. BEN-
SON *et al.*, Respondents.

Since the adoption of the Constitution of 1846, giving law and equity jurisdiction
to the Supreme Court, suits for equitable relief may be commenced in that
court though the amount claimed be less than one hundred dollars.

THIS was, or would have been, under the old law, a bill filed
against the respondent, Philomela, a married woman, to
enforce an equitable claim against her separate estate. The
amount claimed to be due was less than $100, and for that
cause the Supreme Court dismissed the complaint, with costs,
on the ground that that court had no jurisdiction of the matter.
On appeal to the General Term this decree was affirmed,
and the plaintiffs appealed to this court.

*M. Goodrich*, for the appellants.

*I. O. Aikin*, for the respondents.

PECKHAM, J. The question involved in this appeal has
been decided in this court in *Braman* v. *Johnson* (decided
in October, 1863), in favor of the appellant. The respond-
ent insists, however, that the court should not grant costs to
the appellant of the appeal. I think the judgment should
be reversed, and the cause remitted to the Supreme Court
to proceed thereon, with costs of the appeal to this court to
abide the event of the cause. The judgment is reversed
upon those terms.

Judgment reversed.